## Commonwealth *v.* Wilson, Appellant.

Argued September 21, 1970. *Edward J. Ross,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilson, Appellant.

Submitted September 15, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wrage, Appellant.

Submitted September 14, 1970. *Michael J. Dowd,* Public Defender, for appellant; *C. Wayne Smyth,* First Assistant District Attorney, and